THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
THOMAS E. FRANKOVICH (State Bar No. 074414)
1832-A Capitol Street
Vallejo, CA 94590
Telephone:	(415) 444-5800
Facsimile:	(415) 674-9900

Attorney for Plaintiff
PATRICK CONNALLY, Deceased, and
MICHAEL CONNALLY, Successor in Interest

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, | Case No. 3:15-cv-03543-MEJ |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| COLE VALLEY CAFE, *et al.*, | |
| Defendant(s). | |

GOOD CAUSE APPEARING, and after given due consideration by the Court, Plaintiff's Motion to for Substitution of Deceased Plaintiff Patrick Connally is hereby GRANTED. Plaintiff Michael Connally is granted leave to substitute for his deceased brother Patrick Connally (and state law claims) and amend the complaint to reflect the new plaintiff.

IT IS SO ORDERED.

Dated: April 14, 2016

_____
Hon. Maria-Elena James
UNITED STATES MAGISTRATE JUDGE