THOMAS E. FRANKOVICH (S.B.N. 074414)
THOMAS E. FRANKOVICH,
***A PROFESSIONAL LAW CORPORATION***
1832-A Capitol Street
Vallejo, CA 94590
Telephone:    (415) 444-5800
Facsimile:    (415) 674-9900
Email:        tfrankovich@disabilitieslaw.com

Attorney for Plaintiff Michael Connally, Successor in Interest
To Patrick Connally,

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Michael Connally, Successor in Interest to Patrick Connally,<br><br>    Plaintiff,<br><br>v.<br><br>Cole Valley Café, *et al.*,<br><br>    Defendants. | CASE NO. 3:15-cv-03543-MEJ<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

    The Parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).

    IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice and each side is to bear its own costs and attorneys' fees.

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  See <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Respectfully Submitted,

Dated: July 27, 2016    THOMAS E. FRANKOVICH, APLC
*A PROFESSIONAL LAW CORPORATION*

By:  /s/ Thomas E. Frankovich
Thomas E. Frankovich
Attorney for Plaintiff Michael Connally, Successor in Interest to Patrick Connally

Dated: July 27 , 2016    DANFOURA LAW OFFICES

By:  /s/ Samer Danfoura
Samer Danfoura
Attorney for all Defendants (for Settlement Purposes)

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees.  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated:   July 27    , 2016

Hon. Maria-Elena James
UNITED STATES MAGISTRATE JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER